# Exhibit A

CHRISTIAN COUNSELORS
FREEDOM ALLIANCE

# Statement of Faith

**We believe** the Bible to be the inspired, the only infallible, authoritative Word of God.

**We believe** that there is one God, eternally existent in three persons: Father, Son and Holy Spirit.

**We believe** in the deity of our Lord Jesus Christ, in His virgin birth, in His sinless life, in His miracles, in His vicarious and atoning death through His shed blood, in His bodily resurrection, in His ascension to the right hand of the Father, and in His personal return in power and glory.

**We believe** that for the salvation of lost and sinful people, regeneration by the Holy Spirit is absolutely essential.

**We believe** in the present ministry of the Holy Spirit by whose indwelling the Christian is enabled to live a godly life.

**We believe** in the resurrection of both the saved and the lost; they that are saved unto the resurrection of life and they that are lost unto the resurrection of damnation.