# Exhibit B

CHRISTIAN COUNSELORS
FREEDOM ALLIANCE

# Statement of Human Identity

**We believe** when God created Adam and Eve, He said, *"'Let us make man in our image, after our likeness' … So God created man in his own image, in the image of God he created him; male and female he created them. And God blessed them*" (Genesis 1:26-28a).

**We believe** God created human beings uniquely as male and female as part of the divinely created order and that this biologically sexed difference is foundational for human identity. Human flourishing depends on recognizing and honoring these God-given identities.

**We believe** Jesus references the difference between men and women in describing God's design for marriage. "*But from the beginning of creation, 'God made them male and female.' 'Therefore a man shall leave his father and mother and hold fast to his wife, and the two shall become one flesh.' So they are no longer two but one flesh*" (Mark 10:6-8; cf. Genesis 2:24; Matthew 19:4-6; Ephesians 5:31)

**We believe** that marriage is a divine union between one man and one woman.